# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SANDRA JOHNSTON, | ) | 1:08cv01709 AWI DLB |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER ADOPTING FINDINGS |
| v. | ) | AND RECOMMENDATION |
| | ) | |
| MONO COUNTY SERVICES, et al., | ) | (Document 4) |
| | ) | |
| Defendants. | ) | |
| | ) | |

    Plaintiff, appearing pro se, filed the instant action on November 10, 2008.

    On November 17, 2008, the Magistrate Judge issued Findings and Recommendation that the action be DISMISSED WITHOUT LEAVE TO AMEND.  The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days.  No objections were filed.

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

1 | Accordingly, IT IS HEREBY ORDERED that:
2 | 1. The Findings and Recommendations dated November 17, 2008, is ADOPTED IN
3 | FULL; and
4 | 2. The action is DISMISSED.
5 | This terminates this action in its entirety.
6 |
7 | IT IS SO ORDERED.
8 | **Dated:   January 5, 2009**              /s/ Anthony W. Ishii
                                              CHIEF UNITED STATES DISTRICT JUDGE